UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Douglas M. Rowan<br>Attorney at Law, Bar No. 4736 | Case No. 2:23-ms-00062-MMD<br><br>ORDER OF SUSPENSION |

    Attorney Douglas M. Rowan was suspended by the Nevada Supreme Court pursuant to the Order of Suspension filed September 5, 2023. (ECF No. 1 at 4-5.) On September 18, 2023, this Court entered an Order to Show Cause ("OSC"). (*Id.*) The OSC provided Mr. Rowan with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. However, the Order to Show Cause was returned by the United States Postal Service marked "Forward Time Expired - Return to Sender." (ECF No. 3.) The OSC was then remailed to Mr. Rowan at his forwarding address: 10740 Leatherstocking Ave., Las Vegas, NV 89166-8000 on September 20, 2023. (ECF No. 3-1.) The Court has still not received any response to the OSC. Regardless, the OSC provided Mr. Rowan with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

    It is therefore ordered that Douglas M. Rowan, Bar No. 4736, is hereby suspended from practice in the United States District Court for the District of Nevada.

    DATED THIS 26th Day of October 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 26th Day of October 2023, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

> Douglas M. Rowan
> 10740 Leatherstocking Ave.
> Las Vegas, NV 89166-8000

Certified Mail No.: 7020 3160 0000 7420 4866

> /s/ Sharon H.
> Deputy Clerk
> United States District Court,
> District of Nevada